# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                        **Case No. 19-CR-245**

FRANCIS BURNS,

        Defendant.

# ORDER

On January 4, 2021, the court received a document from the defendant, Francis Burns. (ECF No. 8.) To the extent that this document purports to be a motion, it is **denied**.

Burns is represented by counsel. Consequently, all motions must be filed by counsel. The court does not accept hybrid representation whereby a defendant proceeds pro se for some matters and by counsel for others or whereby a defendant attempts to act as co-counsel. *See United States v. Linton*, No. 20-CR-41, 2020 U.S. Dist. LEXIS 79205, at *4 (E.D. Wis. May 5, 2020) (citing *United States v. Patterson*, 576 F.3d 431, 436 (7th Cir. 2009); *United States v. Oreye*, 263 F.3d 669, 672 (7th Cir. 2001)); *United States v. Lee*, No. 12-CR-95, 2012 U.S. Dist. LEXIS 78400, at *1 (E.D. Wis. June 6, 2012) (citing *United States v.*

*Avery*, 2010 U.S. Dist. LEXIS 38176 (E.D. Wis. Apr. 19, 2010); *United States v. Johnson*, 223

F.3d 665, 668 (7th Cir. 2000)); *see also United States v. Kosmel*, 272 F.3d 501, 506 (7th Cir.

2001); *United States v. Mosley*, No. 04 CR 0986, 2005 U.S. Dist. LEXIS 26754, at *5 (N.D. Ill.

Nov. 3, 2005).

      **SO ORDERED.**

Dated at Milwaukee, Wisconsin this 5th day of January, 2021.

WILLIAM E. DUFFIN

U.S. Magistrate Judge