UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.              Case No. 19-CR-245

FRANCIS BURNS,

    Defendant.

---

## ORDER AND RECOMMENDATION

Francis Burns, pro se, filed a document captioned "Motion for Discovery – Conditional Acceptance – Motion to Dismiss." (ECF No. 13.) Burns is represented by counsel. As the court previously explained to Burns (ECF No. 9) when he filed a substantively identical motion (ECF No. 8), the court does not permit "hybrid representation" whereby a defendant represents himself for some matters and proceeds by counsel for others. *See United States v. Patterson*, 576 F.3d 431, 436-37 (7th Cir. 2009). "[A] defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions." *United States v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (citing *United States v. Williams*, 495 F.3d 810, 813 (7th Cir. 2009)); *United States v. Dyer*, No. 19-cv-1319-pp, 2020 U.S. Dist. LEXIS 71639, at *2 (E.D. Wis. Apr. 23, 2020) (citing *United*

*States v. Williams*, 495 F.3d 810, 813 (7th Cir. 2007); *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998)).

Moreover, Burns's filing is frivolous.

**IT IS THEREFORE ORDERED** that, insofar as Burns is seeking discovery or "conditional acceptance," his motion is denied.

**IT IS FURTHER RECOMMENDED** that, insofar as Burns is seeking dismissal of the charges against him, that the motion be denied.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 29th day of January, 2021.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge