UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 19-CR-245

FRANCIS BURNS,

        Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on December 29, I electronically filed the following document with the Clerk of the Court using the ECF system: United States' Sentencing Memorandum. In addition, I have provided the Court, via hand delivery, two audio files labeled as Exhibit A and Exhibit B. I further certify that I have caused the document, and exhibits, to be personally served upon Francis Burns via Federal Express at:

> Mr. Francis Burns-Tate
> USMS # 23385-509
> Kenosha County Detention Facility
> Attn: Michelle Hicks
> 4777 88th Avenue
> Kenosha, WI 53140

Dated this 29th day of December, 2022 in Milwaukee, Wisconsin.

> Respectfully submitted,
>
> GREGORY J. HAANSTAD
> United States Attorney
>
>
> By: *s/ Julie F. Stewart*
>      Julie F. Stewart
>      Assistant United States Attorney
>      Office of the United States Attorney
>      517 East Wisconsin Avenue, Room 530
>      Milwaukee, Wisconsin 53202
>      Telephone: (414) 297-1700